# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

# BID PROTEST

| | | |
|---|---|---|
| SIGMATECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-307C |
| | ) | Senior Judge Bruggink |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| QUANTITECH, INC., and | ) | |
| INTUITIVE RESEARCH AND | ) | |
| TECHNOLOGY CORP., | ) | |
| | ) | |
| Intervenor – Defendants. | ) | |

## DEFENDANT'S PRELIMINARY NOTICE OF CORRECTIVE ACTION AND MOTION TO STAY BRIEFING SCHEDULE

Defendant, the United States, respectfully provides this preliminary notice that the United States Army, Army Contracting Command-Redstone (Army), intends to take corrective action in the protest of the awards under Request for Quotation (RFQ) No. W31P4Q-13-T-0050 filed in this Court by Sigmatech, Inc. We anticipate that we will be in a position to file with the Court a notice of corrective action by June 5, 2015. A draft of that notice currently is undergoing review within the Army.

We notified counsel for the parties on May 26, 2015, of the Army's intent to take corrective action. We are, however, mindful that there is a briefing schedule in place – inclusive of a June 5, 2015 filing deadline for cross-motions on the administrative record – that affects parties other than the Government. Thus, in anticipation of the forthcoming corrective action and

motion to dismiss, the United States respectfully requests that the Court stay the briefing schedule set-forth in the scheduling order dated April 1, 2015.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Martin F. Hockey, Jr.
   by Douglas K. Mickle
MARTIN F. HOCKEY, JR.
Assistant Director

Of Counsel:

/s/ Delisa M. Sánchez
CAPTAIN EVAN WILLIAMS
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Contract & Fiscal Law Division
Civil Division
U.S. Army Legal Services Agency
United States Department of Justice
9275 Gunston Road, Suite 2127
P.O. Box 480
Ft. Belvoir, VA 22060-5546
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337
Facsimile: (202) 305-7643
May 29, 2015
Delisa.Sanchez@usdoj.gov