# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | | |
|---|---|---|
| SIGMATECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-307C |
| | ) | Senior Judge Bruggink |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| QUANTITECH, INC., and | ) | |
| INTUITIVE RESEARCH AND | ) | |
| TECHNOLOGY CORP., | ) | |
| | ) | |
| Intervenor – Defendants. | ) | |

## DEFENDANT'S NOTICE OF CORRECTIVE ACTION

Defendant, the United States, respectfully provides notice that the United States Army, Army Contracting Command-Redstone (Army), intends to take corrective action in the protest of the awards under Request for Quotation (RFQ) No. W31P4Q-13-T-0050 filed in this Court by Sigmatech, Inc. We previously notified counsel for all parties in this bid protest of the Army's intent to take corrective action.

The Army has decided to terminate the Blanket Purchase Agreements (BPAs) awarded to Intuitive Research and Technology Corporation, BCF Solutions, Inc., QuantiTech, Inc. and Trident Technologies, LLC, in September 2014 pursuant to RFQ No. W31P4Q-13-T-0050. The terminations will be effectuated pursuant to the termination clause in the BPAs.

After the Army issues the requisite termination notices, the United States will move to dismiss this bid protest due to mootness. Subsequent to the Court's dismissal of this bid protest,

the Army will consider whether additional corrective action is feasible in this case. Should the Army determine to forgo additional corrective action, it may decide to cancel RFQ No. W31P4Q-13-T-0050.

The United States Department of the Army, Army Contracting Command-Redstone, currently supports the Aviation and Missile Life Cycle Management Command (AMCOM) Expedited Professional and Engineering Support Services (EXPRESS) program with advisory and assistance services procured through BPAs with holders of Federal Supply Schedule contracts with the General Services Administration. The EXPRESS program comprises four separate "Domains": Business and Analytical; Logistics; Programmatic; and Technical. Prior to the issuance of RFQ No. W31P4Q-13-T-0050, the Programmatic Domain had existing BPA holders.[1]

After the termination of the four BPAs at issue in this procurement, to the extent requirements suitable for the Programmatic Domain materialize, the Army will engage in procurement activities as it did prior to September 2014. That is, the Army will conduct competitions among – and make awards to – the firms that held AMCOM EXPRESS programmatic domain BPAs prior to September 2014. The award of those BPAs were not the result of RFQ No. W31P4Q-13-T-0050, and they are not the subject of the complaint in this matter.

---

[1] The purpose of RFQ No. W31P4Q-13-T-0050 is to "re-green" the Programmatic Domain with four additional BPAs: One full and open, two small business set-asides, and one 8(a).

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

Of Counsel:

CAPTAIN EVAN WILLIAMS
Trial Attorney
Contract & Fiscal Law Division
U.S. Army Legal Services Agency
9275 Gunston Road, Suite 2127
Ft. Belvoir, VA 22060-5546

/s/ Delisa M. Sánchez
DELISA M. SANCHEZ
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337
Facsimile: (202) 305-7643
Delisa.Sanchez@usdoj.gov

June 4, 2015